307 Ga. 441
FINAL COPY

S18Y0982. IN THE MATTER OF NATHANIEL ANTONIO BARNES, JR.

PER CURIAM.

The Court having reviewed the Notice of Compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that Nathaniel Antonio Barnes, Jr. (State Bar No. 311056), has satisfied the conditions for reinstatement as specified by this Court (see *In the Matter of Barnes*, 304 Ga. 324 (818 SE2d 497) (2018)), it is hereby ordered that Nathaniel Antonio Barnes, Jr., be reinstated to practice law in the State of Georgia.

*Reinstated. All the Justices concur.*

DECIDED NOVEMBER 18, 2019.
Reinstatement.
*Paula J. Frederick, General Counsel State Bar, Jenny K.*

*Mittelman, James S. Lewis, Assistant General Counsel State Bar*, for State Bar of Georgia.